UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

               Plaintiff,            :   ORDER

              - against -             :   1:06-cr-00349-ENV

JOHN WALLACE LIMA,                          :

               Defendant.          :
-----------------------------------------------------------X
VITALIANO, D.J.

Defendant's October 15, 2007 request for a hearing in advance of his sentencing date is denied. As the Court has previously advised defendant, all sentencing-related motions will be addressed by the Court at the time of sentencing, which is currently scheduled for November 2, 2007 at 11:00 a.m.

Defendant's October 16, 2007 request that the Court provide him with a copy of the U.C.C. Manual is denied. Defendant is reminded that he has access to the MDC law library and all of its resources and also has court-appointed stand-by counsel.

        SO ORDERED.

DATED:   Brooklyn, New York
             October 22, 2007

                                             s/Hon. Eric N. Vitaliano
                                             _____
                                             ERIC N. VITALIANO
                                             U.S.D.J.