Prob 19A (EDNY)
(2/01)

# United States District Court
## for the
## Eastern District of New York

U.S.A. vs John Lima

Docket No. 06-CR-349-(S-3)

| SUMMONS FOR PROBATIONER/SUPERVISED RELEASE TO APPEAR | | | |
|---|---|---|---|
| You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>John Lima | SEX<br>Male | RACE<br>Black | AGE<br>42 |
| ADDRESS(STREET, CITY, STATE)<br>609 East 88th Street, 3rd Floor, Brooklyn, New York 11236 | | | |
| SENTENCE IMPOSED BY<br>The Honorable Eric N. Vitaliano, U.S. District Judge, Eastern District of New York | | DATE IMPOSED<br>November 16, 2007 | |
| DATE, TIME AND PLACE TO APPEAR:<br>U.S. District Court Eastern District of New York<br>225 Cadman Plaza East, Brooklyn, New York 11201<br>May 16, 2013, at 10:00 a.m. | | | |
| CLERK<br>DOUGLAS C. PALMER | DEPUTY CLERK<br>Elizabeth Goddard | DATE<br>May 8, 2013 | |

| RETURN | | |
|---|---|---|
| DATE RECEIVED<br>5/8/13 | DATE SERVED<br>5/15/13 | METHOD OF SERVICE<br>1. (✓) Copy of summons given to offender in person<br><br>2. ( ) Copy of summons mailed to offender's last know residence and leaving a copy at last know residence with some person of suitable age and discretion residing therein |
| SERVICE BY: (Enter your name, title and business address here)<br>Tanya M. Parris, Sr., USPO<br>147 Pierrepont St, Brooklyn, NY 11201 | | |
| Signature of USPO:<br>Tanya M. Parris | Date Returned to Clerk's Office<br>MAY 16 2013 | |